IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTIN APKARIAN,

        Plaintiff,

v.

Case No. 17-cv-309-jdp

OFFICER JOHNSON, ED WALL, JOHN DOE
LINCOLN COUNTY SHERIFF, SHERIFF JEFF
JAEGER, BRUCE SUNDE and PAUL WESTERHAUS,

        Defendants.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/  
Peter Oppeneer  
Clerk of Court

    5/21/2020  
Date